WILLIAMS v. SCOTT'S ADMINISTRATORS.

BALDWIN, J.—Upon the ruling of this court in the cases of *Childs, Sanford & Co.* v. *John Hyde & Co.,* 10 Iowa 294, *Pecker* v. *Cannon and Scott's Administrators, ante,* and *Marsh* v. *Goodrell & Scott, Administrators, ante,* this cause is reversed and remanded.

Reversed.